IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBRARY TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 20-cv-07014-CRB<br><br>**ORDER DIRECTING MEHMET CIRIT TO ATTEND THE COURT'S HEARING ON THE MOTION TO WITHDRAW** |

Before the Court is a motion to withdraw by Ahmed Ibrahim and Yasin M. Almadani, counsel for Defendant Library Technologies, Inc. ("Library Tech"). See Mot. to Withdraw (dkt. 72). To rule on this motion, the Court requires the presence of Mehmet A. Cirit, the President of Library Tech, at the hearing. The Court hereby DIRECTS counsel to ensure that Cirit attends the hearing on November 19 at 10 a.m.

**IT IS SO ORDERED.**

Dated: November 7, 2021

CHARLES R. BREYER
United States District Judge