DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

Attorneys for Plaintiff,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIBRARY TECHNOLOGIES, INC., a California corporation, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 3:20-cv-07014-CRB<br><br>**[PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE** |

WHEREAS Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant Library Technologies, Inc., ("Defendant") are parties to a civil action entitled *Synopsys, Inc. v. Library Technologies, Inc., et al.*, in the United States District Court for the Northern District of California, Case No. 3:20-cv-07014-CRB (the "Litigation");

WHEREAS Plaintiff has alleged that the Defendant violated the Digital Millennium Copyright Act ("DMCA") and Breach of the Parties Contracts and Defendant denies these allegations; and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiff and Defendant and incorporated herein by this reference, the sufficiency of which is hereby acknowledged, the Court orders as follows.

1. Defendant, its representatives, officers, agents, directors, affiliates, servants, employees, contractors, and consultants and all persons acting in concert or participation with it agree they have ceased accessing any Synopsys applications or any electronic files associated with the use of or access to any Synopsys applications, including but not limited to counterfeit license key files. Defendant, its representatives, officers, agents, directors, affiliates, servants, employees, consultants and all persons acting in concert or participation with it including employees and independent contractors, are permanently enjoined from directly or indirectly accessing, using, transferring, or copying, in any way, any Synopsys software without authorization from Synopsys.

2. Defendant shall certify with the court that all Synopsys software located on devices have within Defendants' control been removed, including devices within the control of Defendant's representatives, officers, agents, directors, affiliates, servants, employees, consultants and all persons acting in concert or participation with it including employees and independent contractors.

3. This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so. In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

4. All claims filed herein are hereby dismissed with prejudice. Each party shall bear its own fees and costs, except as specified in the Parties' Confidential Settlement Agreement.

1    **IT IS SO ORDERED.**

2    Dated: __August 2, 2022__

                                         HONORABLE CHARLES R. BREYER
United States District Judge